### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) RED BARCHETTA LLC ) dba HOLIDAY INN EXPRESS ) & SUITES, ) ) Defendant. ) ) | Civil Action No. 2:23-cv-8 TSK |

### JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "EEOC") and Defendant Red Barchetta LLC dba Holiday Inn Express & Suites ("Defendant") respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit 1). In support of the Motion, the parties state as follows:

1. The Commission and Defendant have negotiated the attached Consent Decree as a resolution of the Commission's claims in the above-captioned case.

2. The Commission and Defendant believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable and just.

3. The Commission and Defendant believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person. The entry of this Consent Decree will further the objectives of the Title I of the Americans with Disabilities Act of 1990, as amended, and will be in the best interests of the parties, those for whom the Commission seeks relief, and the public.

1

Respectfully submitted,

s/ Casey Shea
CASEY M. SHEA
SENIOR TRIAL ATTORNEY
MD Bar No. 1706200165
EEOC – Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 801-6728
Fax: (443) 992-7880
E-mail: casey.shea@eeoc.gov

*Counsel for Plaintiff EEOC*

s/ Maximillian Nogay
MAXIMILLIAN F. NOGAY
ASSISTANT UNITED STATES ATTORNEY
WV Bar No. 13445
United States Attorney's Office
Northern District of West Virginia
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100
(304) 234-0110 (facsimile)
Max.Nogay@usdoj.gov

*Counsel for United States of America*

s/ Larry Rector
LARRY J. RECTOR
WV BAR NO. 6418
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, West Virginia  26330
Phone: (304) 933-8151
Email: larry.rector@steptoe-johnson.com

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:23-cv-8 TSK |
| v. | ) ) ) | |
| RED BARCHETTA LLC dba HOLIDAY INN EXPRESS & SUITES, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I filed a true and correct copy of the foregoing Joint Motion for Entry of Consent Decree with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

s/ Maximillian Nogay
MAXIMILLIAN F. NOGAY
ASSISTANT UNITED STATES ATTORNEY
WV Bar No. 13445
United States Attorney's Office
Northern District of West Virginia
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
(304) 234-0100
(304) 234-0110 (facsimile)
Max.Nogay@usdoj.gov

*Counsel for United States of America*